**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**DEBORAH CHAMPLUVIER**                                                               **PLAINTIFF**

**v.**                                                                                         **No. 2:08CV14-P-A**

**GRAY EVANS**                                                                                **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case shall be dismissed with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 30th day of June, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE